**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 98-7607**

—————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

MARK ANTHONY WALTERS,

                              Defendant - Appellant.

—————————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  James A. Beaty, Jr., District Judge.  (CR-95-193, CA-97-1346-1)

—————————

Submitted:  February 25, 1999          Decided:  March 10, 1999

—————————

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Mark Anthony Walters, Appellant Pro Se.  Clifton Thomas Barrett, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark Anthony Walters seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Walters, Nos. CR-95-193; CA-97-1346-1 (M.D.N.C. Oct. 6, 1998). In light of this disposition, we deny Walters' motion for bail pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2